1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11    GEORGE BRITTON,                              1:13-cv-01854 JLT (PC)

12                  Plaintiff,
                                                   ORDER TO SUBMIT APPLICATION
13           v.                                    TO PROCEED IN FORMA PAUPERIS
                                                   OR PAY FILING FEE WITHIN 45 DAYS
14    CHEN HO,

15                  Defendant.

16

17           Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

18    § 1983.  Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in

19    forma pauperis pursuant to 28 U.S.C. § 1915.

20           Accordingly, IT IS HEREBY ORDERED that:

21           1.      Within 45 days of the date of service of this order, plaintiff shall submit the

22    attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

23    the $400.00 filing fee for this action. **No requests for extension will be granted without a**

24    **showing of good cause**.

25           2.      Within 60 days of the date of service of this order, plaintiff shall submit a certified

26    copy of his/her prison trust statement for the six month period immediately preceding the filing of

27    the complaint.

28    ///

                                                    1

1    **Failure to comply with this order will result in dismissal of this action.**

2

3    IT IS SO ORDERED.

4        Dated:    **November 18, 2013**                    **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2