UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BRITTON,<br><br>            Plaintiff,<br><br>     v.<br><br>CHEN HO, M.D.,<br><br>            Defendant. | 1:13-cv-01854-JLT (PC)<br><br>ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER<br><br>(Doc. 11) |

Plaintiff, George Britton ("Plaintiff") is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On November 13, 2013, this action was transferred to this Court from the Northern District of California.  Prior to transfer, Plaintiff filed two unsigned motions to proceed in forma pauperis.  (Docs. 5, 7.)  Thus, on November 18, 2013, the Court issued an order which gave Plaintiff 45 days to either pay the $400 filing fee, or submit a complete application to proceed in forma pauperis attaching a proper form for Plaintiff's use.  (Doc. 11.)  More than 45 days have passed and Plaintiff has failed to file pay the filing fee, file a completed form to proceed in forma pauperis, or otherwise respond to the Court's Order.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide, "[f]ailure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  Local Rule 110.

1

"District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions, including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, Plaintiff is ORDERED to show cause within 14 days of the date of service of this Order why the action should not be dismissed for his failure comply with the Court's order.

IT IS SO ORDERED.

Dated:   **January 8, 2014**              /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE