# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BRITTON, | Case No. 1:13-cv-01854-LJO-JLT (PC) |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| CHEN HO, | **(Doc. 13)** |
| Defendant. | |

Plaintiff, George Britton, is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 13, 2013, this action was transferred to this Court from the Northern District of California. Prior to transfer, Plaintiff filed two unsigned motions to proceed in forma pauperis. (Docs. 5, 7.) Thus, on November 18, 2013, the Court issued an order which gave Plaintiff 45 days to either pay the $400 filing fee, or submit a complete application to proceed in forma pauperis attaching a proper form for Plaintiff's use. (Doc. 11.) More than 45 days passed and Plaintiff failed to file pay the filing fee, file a completed form to proceed in forma pauperis, or otherwise respond to the Court's order. On January 8, 2014, an order issued for Plaintiff to show cause why the action should not be dismissed for his failure to comply with the Court's November 18, 2013 order. (Doc. 13.)

On January 17, 2014, Plaintiff filed both a signed application to proceed in forma pauperis on the correct form and a response indicating that he believed he cured the defect in the application to proceed in forma pauperis. (Docs. 14, 15.) On January 23, 2013, Plaintiff's

1 application to proceed in forma pauperis was granted. (Doc. 17.) Though tardy, Plaintiff's
2 response (Doc. 15) and submission of the correct application (Doc. 14) are deemed to show cause
3 to avoid dismissal.
4     Accordingly, it is HEREBY ORDERED that the order to show cause why this action
5 should not be dismissed for Plaintiff's failure to respond to the Court's November 18, 2013 order,
6 which issued on January 8, 2013 (Doc. 13), is DISCHARGED.

IT IS SO ORDERED.

    Dated:   **March 19, 2014**　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE